IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | OLD ANR, LLC, *et al.*, | Case No. 19-00302-KRH |
| | | Miscellaneous Proceeding |
| | Debtors. | |

_____

**NOTICE OF AGENDA OF MATTERS SET FOR**
**MAY 29, 2019 STATUS CONFERENCE AT 1:00 P.M.**

1. *Response of the Reorganized Debtors Regarding Disbursement of the Settlement Payment* [ECF No. 60] (the "Proposed Disbursement") filed by Old ANR, LLC (f/k/a Alpha Natural Resources, Inc.) and its affiliates.

2. Status of McKinsey Recovery & Transformation Services U.S., LLC's certification concerning any direct or indirect benefit of the Proposed Disbursement.

3. Any other matter to properly come before the Court.

DATED:    May 23, 2019              /s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE


ENTERED ON DOCKET:  May 23, 2019